# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Thomas E. Doughty,** | § | |
| | § | |
| Plaintiff, | § | Case No. 1:24-cv-356 |
| | § | |
| v. | § | |
| | § | Jury Demanded |
| **Allstate Insurance Company** | § | |
| | § | |
| Defendants. | § | |
| | § | |

### PLAINTIFF'S VOLUNTARY DISMISSAL OF MAVERICK LEADS, LLC WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) Plaintiff files his voluntary dismissal of Mavericks Leads, LLC without prejudice.

Maverick Leads has not been served or appeared in this action.

Respectfully submitted,

By: _/s/ Chris R. Miltenberger_
   Chris R. Miltenberger
   New Mexico Bar ID. 22-29

**Attorney-In-Charge**

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200

Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorneys for Plaintiff**

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:    /s/ Chris R. Miltenberger
       Chris R. Miltenberger