UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **THOMAS E. DOUGHTY,** | § § | |
| **v.** | § § | **CASE NO. 1:24-cv-356** |
| **ALLSTATE INSURANCE COMPANY, RK FINANCIAL, SALVATORE FERRANTE ALLSTATE AGENCY, JOE BOOKER AGENCY, EZ INSURANCE SERVICES, SALVATORE PATITUCCI AGENCY, DAVID BATES: ALLSTATE INSURANCE, AND MYRIAM GUERRA: ALLSTATE INSURANCE.** | § § § § § § § § § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Thomas E. Doughty and Defendant Allstate Insurance Company ("Allstate") hereby notify the Court that Plaintiff and Allstate have resolved all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. These parties anticipate that the settlement will be finalized within the next 45 days.

Respectfully submitted,

THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC.

By: */s/ Chris R. Miltenberger* * w/permission
    Chris R. Miltenberger
    State Bar No.  14171200
    E-Mail: Chris@crmlawpractice.com

1360 N. White Chapel, Suite 200
Southlake, Texas 76092
Telephone: 817-416-5060
Telecopy:  817-416-5062

**ATTORNEYS FOR PLAINTIFF**


THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:  */s/ Jason R. Jobe*
    Jason R. Jobe
    State Bar No.  24043743
    E-Mail: jjobe@thompsoncoe.com
    Yesha P. Patel
    State Bar No.  24098228
    E-Mail: ypatel@thompsoncoe.com

Plaza of the Americas,
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Telephone: 214-871-8200
Telecopy:  214-871-8209

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF ALLSTATE INSURANCE COMPANY**